# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 AUG 31 PM 4: 37
CLERK_____
SO. DIST. OF GA.

United States of America
v.
Tony Lamar Humphrey

Case No: 1:10CR00029-1

USM No: 15401-021

Date of Original Judgment: November 22, 2010
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Jacque Hawk
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated November 22, 2010 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/31/2015

Judge's signature

J. Randal Hall
United States District Judge
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*